| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this an amended filing |

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Seaborne Virgin Islands, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0891130** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2850 Greene Street** <br> **Hollywood, FL 33020** <br> Number, Street, City, State & ZIP Code <br><br> **Broward** <br> County | **Mailing address, if different from principal place of business** <br><br> <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **1210 Watergut Christiansted, VI 00820** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.seaborneairlines.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Seaborne Virgin Islands, Inc.**          Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Seaborne Virgin Islands, Inc.**                                                                   Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Silver Airways LLC** | Relationship | **Affiliate** |
| District | **Southern District of Florida** When **12/30/24** | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Seaborne Virgin Islands, Inc.**　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

16. **Estimated liabilities**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ■ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

| Debtor | Seaborne Virgin Islands, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 30, 2024**
MM / DD / YYYY

X **/s/ Steven A. Rossum**          **Steven A. Rossum**
Signature of authorized representative of debtor          Printed name

Title **Chief Executive Officer**

---

**18. Signature of attorney**

X **/s/ Brian P. Hall**          Date **December 30, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**Brian P. Hall**
Printed name

**Smith, Gambrell & Russell, LLP**
Firm name

**1105 W. Peachtree St. NE**
**Suite 1000**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone **404-815-3537**          Email address **bhall@sgrlaw.com**

**0070051 FL**
Bar number and State

---

## SEABORNE VIRGIN ISLANDS, INC.

## WRITTEN CONSENT IN LIEU OF SPECIAL MEETING OF THE BOARD OF DIRECTORS

### December 29, 2024

Pursuant to Article III, Section 7(b) of the Bylaws of **Seaborne Virgin Islands, Inc.**, a U.S. Virgin Islands corporation (the "**Company**"), and V.I. Code tit. 13, § 67b (2019), the undersigned, being all of the members of the Board of Directors of the Company, hereby adopt, approve, authorize, ratify, and take the following actions by this consent in lieu of a special meeting of the directors of the Company:

**Whereas**, the Board of Directors, with the advice and counsel of its attorneys and other professional advisors, has fully considered the Company's need for financial restructuring and the alternatives available to it in that regard;

**Whereas**, upon such full consideration the Board of Directors has concluded that it is in the best interests of the Company to authorize the Company to seek the protection of chapter 11 of title 11 of the United States Code, as amended (the "**Bankruptcy Code**" or the "**Code**");

**Whereas**, the Board of Directors accordingly believes that it is in the best interests of the Company to approve the Company's commencement of a case under chapter 11 of the Code as expeditiously as possible and to take any and all actions necessary and appropriate to effect the same;

**Be it resolved**, that the Chief Executive Officer and any other officer of the Company be, and they hereby are, authorized and directed to take all actions as they deem necessary and appropriate to commence a case concerning the Company under chapter 11 of the Code, including providing for the Company to file a petition under said chapter 11 in the United States Bankruptcy Court for the Southern District of Florida;

**Be it further resolved**, that the Company retain the law firm Smith, Gambrell & Russell, LLP to represent the Company in, and to serve as its counsel in connection with the preparation, commencement, and administration of, said case under chapter 11 of the Code, upon such terms as are determined reasonable and appropriate by the Chief Executive Officer or other officers of the Company and are obtainable by negotiation with said firm;

**Be it further resolved**, that the Company provide to said law firm a deposit to secure its obligation to pay the fees and expenses the Company shall incur to such firm in connection with the engagement authorized by these resolutions, and to make additions to such deposit from time to time, in such amounts as may be required by said firm and shall be determined to be reasonable and appropriate by the Chief Executive Officer or any other officer of the Company,

**Be it further resolved**, that the Company engage such other professionals, with the approval of the bankruptcy court, as the Chief Executive Officer or other officers determine are necessary for the efficient and successful administration of its case under chapter 11 of the Code, upon such terms as are determined reasonable and appropriate by the Chief Executive Officer or

other Responsible Officers of the Company and are obtainable by negotiation with said professionals;

**Be it further resolved**, that the Chief Executive Officer and each other officer of the Company be, and they hereby are, authorized and directed, from time to time, to sign such pleadings, lists, notices, and other agreements, instruments and documents, including a petition, schedules, affidavits, and verifications, and any amendments, modifications, or supplements thereto, and to do such other acts and things, as the Chief Executive Officer or such other officer deems necessary or appropriate for the purpose of commencing and proceeding with a chapter 11 case concerning the company or otherwise fulfilling the intentions of the foregoing resolutions;

**Be if further resolved**, that all documents heretofore signed and all actions heretofore taken in furtherance of the transactions authorized by the foregoing resolutions are hereby ratified, approved, and declared binding on the Company;

**Be it further resolved**, that that Secretary or any Assistant Secretary of the Company is hereby authorized and directed to certify these resolutions and that they have been validly adopted by the Company by written consent as authorized by the Bylaws of the Company and the laws of the U.S. Virgin Islands.

**In witness whereof**, the undersigned Directors of the Company have executed this consent as of the date first above written.

**Board of Directors:**

Paul Halpern

Steven A. Rossum

Joseph K. Winrich

SGR/72255548.1

# CERTIFICATE

      The undersigned, Jennifer Wirth, the duly constituted Secretary of the Company, does hereby certify that the foregoing is a true and correct copy of resolutions duly adopted by written consent of the Board of Directors of the Company taken as of December 29, 2024, in accordance with the Bylaws of the Company and the laws of the U.S. Virgin Islands, and that said resolutions are in full force and effect.

DocuSigned by:

*Jennifer Wirth*

1118AAFBA66B486...

Jennifer Wirth
Secretary

**Seaborne Virgin Islands, Inc.**

SGR/72255548.1