Fill in this information to identify the case:

Debtor name: **Seaborne Virgin Islands, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): **24-23624**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accelya US Inc.<br>705 5th Ave S.<br>Suite 805<br>Seattle, WA 98104 | Rupesh Tandule<br><br>nfpops@accelya.com<br>206-281-1662 | professional services | | | | $31,500.00 |
| Aerostar Airport Holdings, LLC<br>P.O. Box 38085<br>San Juan, PR 00937-1085 | Marianaya Colon<br><br>Marianaya.colon@aerostarairports.com<br>787-289-7240 | trade debts/converted to note | | | | $411,738.73 |
| AMS NDT<br>8161 N.W. 91st Terrace<br>Miami, FL 33166 | Chamel Toyos<br><br>Chamel.toyos@amsndt.com<br>305-885-0899 | trade debts/aircraft maintenance | | | | $15,890.85 |
| Aviation Inventory Resources<br>12240 E FM 917<br>Alvarado, TX 76009 | Cherish Cooper<br><br>Araaccounting@avinvres.com<br>817-672-0060 | trade debts/aircraft parts | | | | $13,416.00 |
| BVI Airports Authority<br>P.O. Box 4416<br>Road Town Tortola, BVI VG1110 | Japheth C. Stevens<br><br>japhetstevens@bviaa.com<br>284-394-8000 | landing fees | | | | $18,299.01 |
| Coforge, Inc.<br>1050 Crown Pointe Parkway<br>#1000<br>Atlanta, GA 30338 | Elizabeta Maricik<br><br>Maricik.elizabeta@coforge.com<br>770-290-6100 | professional services/revenue accounting | | | | $10,000.00 |
| DTN, LLC<br>18205 Capitol Avenue<br>Ste. 100<br>Omaha, NE 68022 | weatherbilling@dtn.com<br>888-826-4282 | professional services/weather services | | | | $9,852.50 |

Debtor **Seaborne Virgin Islands, Inc.**
Name

Case number *(if known)* **24-23624**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Exotic Sales and Rental<br>#82 Castle Coakley<br>St. Croix, VI 00820 | Joey Liburd<br>Monarch_equip@yahoo.com<br>340-778-0533 | trade debts/equipment rental | | | | $19,750.00 |
| FlightSafety Canada Ltd<br>9555, Ryan Avenue<br>Dorval QC H9P 1A2 | Gail Greenwood<br>Gail.greenwood@flightsafety.com<br>514-631-2084 | trade debts/pilot training | | | | $17,700.00 |
| Government of the Virgin Islands<br>1131 King Street<br>Suite 101<br>Christiansted, VI 00820 | propertytaxreview@lgo.vi.gov<br>340-773-6459 | government contracts/facility lease | | | | $24,316.91 |
| Kenn Borek Air LTD<br>290 McTavish Rd N.E.<br>Calgary AB T2E7G5 | Doug Gaunt<br>dgaunt@kbaops.com<br>403-717-0286 | aircraft leases | | | | $322,550.65 |
| MCS Life Insurance Company<br>GPO Box 193310<br>San Juan, PR 00936-3310 | marin@medicalcardsystem.com<br>787-758-2500 | trade debts/health insurance | | | | $13,056.00 |
| Ocean Terrace Inn<br>P.O. Box 65<br>Wigley Avenue<br>Fortlands, St. Kitts, West Indies | frontdesk@oceanterraceinn.com<br>869-465-2754 | trade debts/hotel stays | | | | $10,171.98 |
| Portfolio Legal Services, LLC<br>Cira Centre<br>2929 Arch Street<br>Suite 1800<br>Philadelphia, PA 19104 | David Lorry<br>dlorry@versa.com<br>215-609-3416 | professional services | | | | $83,740.00 |
| Sansaa Aircraft Parts & Services Corp<br>2541 NW 74th Ave<br>Miami, FL 33122 | Mayra Santti<br>Sansaaair.com<br>305-594-9464 | trade debts/aircraft parts | | | | $22,387.25 |
| True North Turbines<br>Suite A, 808 55th Avenue NE<br>Calgary AB T2E6Y4 | 403-291-3300 | trade debts/aircraft parts | | | | $17,762.50 |
| Veconinter USA, LLC<br>80 S.W. 8th Street<br>Suite 2013<br>Miami, FL 33130 | Jose Cabrera<br>jcabrera@veconinter.com<br>888-841-4972 | trade debts/fuel storage services | | | | $19,450.00 |

Debtor  **Seaborne Virgin Islands, Inc.**                                   Case number *(if known)*  **24-23624**
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Videcom International Limited Newtown Road Henley on Thames RG9 1HG UK** | **Zahra Muse** zahram@videcom.com 44-1491-578427 | **trade debts/reservation system** | | | | $18,398.13 |
| **Virgin Islands Port Authority P.O. Box 301707 St Thomas, VI 00803-1707** | **Carol Dover** hdover@viports.com 340-774-1629 | **government contracts/airport fees** | | | | $45,921.88 |
| **World Fuel Services, Inc. 9800 N.W. 41st Street Suite 400 Miami, FL 33178** | **Carol Miller** cmiller@wfscorp.com 305-428-8000 | **trade debts/aircraft fuel** | | | | $44,800.95 |