UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
https://www.flsb.uscourts.gov/

| | |
|---|---|
| In re: | Chapter 11 |
| Seaborne Virgin Islands, Inc., | Case No. 24-23624-PDR |
| Debtors. _____/ | Jointly Administered[1] |

## UNITED STATES TRUSTEE'S APPLICATION FOR APPROVAL OF SELECTION OF APPOINTMENT OF CHAPTER 11 TRUSTEE

Mary Ida Townson, the United States trustee for Region 21 (the "UST") applies for approval of the appointment[2] of Soneet Kapila as the chapter 11 trustee for the bankruptcy estate of Seaborne Virgin Islands, Inc. (the "Debtor"), under Bankruptcy Rule 2007.1. In support, the UST states as follows:

1. On June 25, 2025, the Court issued an order directing the UST to appoint a chapter 11 trustee for the bankruptcy estates of the Debtor and Silver Airways, LLC. [ECF No. 695].

2. On June 30, 2025, the UST filed a notice appointing Soneet Kapila as chapter 11 trustee. [ECF No. 23]

3. Soneet Kapila filed an acceptance of appointment on June 30, 2025. [ECF No. 24].

4. Counsel for the UST has consulted with the following parties-in-interest regarding the appointment of a chapter 11 trustee:

    a. Brian Hall and Michael Holbein, counsel for the Debtor

    b. All parties on the master service list. [ECF No. 640, Case No. 24-23624-PDR].

5. To the best of the UST's knowledge, the chapter 11 trustee's connections with the

---

[1] This case is being jointly administered with the bankruptcy case of *In re: Silver Airways, LLC*, which was assigned case no. 24-23623-PDR.

[2] The UST has filed a separate application for approval to approve Soneet Kapila as the chapter 11 trustee for the bankruptcy estate of Silver Airways, LLC, in *In re: Silver Airways, LLC*, which was assigned case no. 24-23623-PDR.

Debtor, creditors, any other parties-in-interest, their respective attorneys and accountants, the United States trustee, and persons employed in the Office of the United States trustee, are limited to the connections set forth in the attached verified statement filed in support of this application.

    WHEREFORE, the UST requests that the Court approve the appointment of Soneet Kapila as chapter 11 trustee for the Debtor's bankruptcy estate and grant any further relief deemed just, equitable, and proper.

    Mary Ida Townson
United States trustee for Region 21

*/s/ John Schank*
John Schank
Florida Bar No. 1002828
john.s.schank@usdoj.gov
Office of the United States Trustee
51 SW 1st Ave, Suite 1204
Miami, FL 33130
(305) 536-7285