

**ORDERED in the Southern District of Florida on July 1, 2025.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
https://www.flsb.uscourts.gov/

| | |
|---|---|
| In re: | Chapter 11 |
| Seaborne Virgin Islands, Inc., | Case No. 24-23624-PDR |
| Debtors. _____/ | Jointly Administered[1] |

### ORDER APPROVING UNITED STATES TRUSTEE'S APPLICATION FOR APPOINTMENT OF SELECTION OF APPOINTMENT OF CHAPTER 11 TRUSTEE

THIS MATTER was ruled upon without a hearing after consideration of the *Application for Approval of Selection of Appointment of Chapter 11 Trustee* [ECF No. 25] (the "Application") filed by Mary Ida Townson, the United States trustee for Region 21 (the "UST"). The UST has advised the Court through the Application that the UST has selected Soneet Kapila for appointment as the chapter 11 trustee for the bankruptcy estate of Seaborne Virgin Islands, Inc. The Court, having reviewed the Application and attached verified statement of the proposed chapter 11

---

[1]  This case is being jointly administered with the bankruptcy case of *In re: Silver Airways, LLC*, which was assigned case no. 24-23623-PDR.

trustee, approves the appointment of Soneet Kapila as the chapter 11 trustee of such bankruptcy estate.

**IT IS THEREFORE ORDERED:**

1. The Application is **APPROVED**.

2. Soneet Kapila is appointed as the chapter 11 trustee for the bankruptcy estate of Seaborne Virgin Islands, Inc., who shall have all the powers and duties of a trustee under 11 U.S.C. § 1106(a).

# # #

Submitted by:

John Schank
Florida Bar No. 1002828
john.s.schank@usdoj.gov
Office of the United States Trustee
51 SW 1st Avenue, Room 1204
Miami, FL 33130
(305) 536-7285

*The Clerk of this Court is directed to serve this order on parties that were not automatically served electronically by CM/ECF.*